UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GEFFREY STOPPER** | : | **CASE NO.:** |
|     Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| **SACRED HEART UNIVERSITY, INC.** | : | |
|     Defendant | : | **JANUARY 4, 2023** |

## COMPLAINT

### I. INTRODUCTION

1. This is an action for violation of the Family and Medical Leave Act, 29 U.S.C. Section 2601 *et seq.* ("FMLA").

### II. PARTIES

2. Plaintiff, Geffrey Stopper ("Stopper") is an individual residing in Hamden, Connecticut.

3. Defendant, Sacred Heart University, Inc. ("SHU") is a Connecticut corporation with a principal place of business at 5151 Park Avenue, Fairfield, Connecticut.

4. SHU employs more than 75 employees.

### III. JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over Stopper's claim pursuant to 28 U.S.C. Section 1331 because they assert a federal question under the FMLA.

6. Venue is proper in the District, as actions giving rise to this lawsuit occurred within this District.

## IV.    FACTS

7.  Stopper was employed by SHU as a tenured Associate Professor of Biology from 2008 until August 29, 2022.

8.  During the course of his employment with SHU, Stopper developed a Brewery Sciences program, acting as its Director for an additional stipend.

9.  During the course of his employment with SHU, Stopper took several protected medical leaves under the FMLA to address chronic alcoholism.

10. The first such protected leave was from October 14, 2020 through October 26, 2020.

11. The second such protected leave was from February 1, 2021 through May 14, 2021, during which time Stopper worked a half-time schedule.

12. The third such protected leave was from October 16, 2021 through January 2, 2022.

13. The fourth such protected leave was from April 8, 2022 through May 15, 2022.

14. Following Stopper's return from his third protected leave on January 2, 2022, SHU removed him from his position as Director of the Brewery Sciences program.

15. On March 2, 2022, Stopper was found asleep at his desk.

16. Shortly thereafter, Stopper was given an ultimatum to either take a long-term disability leave or be fired.

17. On June 28, 2022, Robin L. Cautin, Ph.D., SHU's Provost, recommended that Stopper be terminated for cause as a result of the March 2, 2022 incident.

18. Among the reasons listed by Dr. Cautin for the termination recommendation was the following:

    > The university has approved several disability leaves of absence for Dr. Stopper so that he could pursue treatment. In each case, he has been released by a medical professional, returning him to work without restrictions. *Dr. Stopper has not completed a full semester in two years*.

    (Emphasis added).

19. On August 29, 2022, SHU's President, John J. Petillo, accepted Dr. Cautin's recommendation and terminated Stopper.

**V.    COUNT ONE – RETALIATION IN VIOLATION OF THE FMLA**

20. Based on the foregoing, SHU retaliated against Stopper for having taken protected leaves under the FMLA, in that taking these leaves was a motivating factor in the decisions to remove Stopper from the position of Director of the Brewery Science program and to terminate his employment.

21. SHU's actions have caused Stopper to suffer damages, including, but not limited to, lost compensation, wages and benefits.

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff respectfully requests:

a. Money damages, including compensatory damages;

b. Statutory Attorneys' Fees;

c. Costs;

d. Interest; and

e. Such other and further relief as the Court deems just and equitable.

Plaintiff demands a trial by jury.

                                        PLAINTIFF, GEFFREY STOPPER

                                        *Anthony J. Pantuso, III*
Anthony J. Pantuso, III
Fed. Bar No. ct11638
Law Offices of Anthony J. Pantuso, III
4 Research Drive, Suite 402
Shelton, CT 06484
203-726-0284
apantuso@pantusolawfirm.com