UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEFFREY STOPPER, | : | |
|     Plaintiff, | : | CIVIL CASE NO. |
| | : | 3:23-cv-00006-JBA |
| v. | : | |
| | : | |
| SACRED HEART UNIVERSITY, INCORPORATED, | : | |
|     Defendant. | : | SEPTEMBER 27, 2023 |
| | : | |

## JOINT STATUS REPORT

Pursuant to the Court's September 22, 2023 Order (ECF 31), the Parties provide the following Status Report. The Parties met and conferred by telephone on Monday, September 25, 2023 in a good faith effort to narrow or resolve the outstanding disputes. The Parties were able to make some progress, but were not able to resolve the disputes entirely. The Parties will therefore be filing simultaneous briefs on Friday, October 6, 2023 in accordance with the Court's Order.

                      THE PLAINTIFF,
                      GEFFREY STOPPER

By: /s/
    Anthony J. Pantuso, III, Esq. (ct11638)
    Law Offices of Anthony J. Pantuso, III
    4 Research Drive, Suite 402
    Shelton, CT  06484
    Tel.: 203-726-0284
    apantuso@pantusolawfirm.com

    His Attorney

THE DEFENDANT,
SACRED HEART UNIVERSITY,
INCORPORATED

By: /s/ *Brendan N. Gooley*
James M. Sconzo, Esq. (ct04571)
Brendan N. Gooley, Esq. (ct30584)
CARLTON FIELDS
One State Street, Suite 1800
Hartford, CT  06103
Tel.: 860-392-5000
Fax: 860-392-5058
jsconzo@carltonfields.com
bgooley@carltonfields.com

Its Attorneys

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 27th day of September, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  */s/ Brendan N. Gooley*
                                                Brendan N. Gooley (ct30584)