CONFIDENTIAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEFFREY STOPPER, | : | |
| Plaintiff, | : | CIVIL CASE NO. |
| | : | 3:23-cv-00006-KAD |
| v. | : | |
| | : | |
| SACRED HEART UNIVERSITY, INCORPORATED, | : | |
| | : | |
| Defendant. | : | NOVEMBER __, 2023 |
| | : | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The Plaintiff, Geffrey Stopper, and the Defendant, Sacred Heart University, Incorporated, hereby stipulate and agree that this action may be dismissed with prejudice, with all rights of appeal waived and with each party to bear its own attorneys' fees and costs.

            THE PLAINTIFF,
            GEFFREY STOPPER

    By:  /s/*Anthony J. Pantuso, III*
       Anthony J. Pantuso, III, Esq. (ct11638)
       Law Offices of Anthony J. Pantuso, III
       4 Research Drive, Suite 402
       Shelton, CT  06484
       Tel.: 203-726-0284
       apantuso@pantusolawfirm.com


            His Attorney




            THE DEFENDANT,

134510769.1

**CONFIDENTIAL**

       SACRED HEART UNIVERSITY, INCORPORATED

By: /s/ *Brendan N. Gooley*
James M. Sconzo, Esq. (ct04571)
Brendan N. Gooley, Esq. (ct30584)
CARLTON FIELDS
One State Street, Suite 1800
Hartford, CT  06103
Tel.: 860-392-5000
Fax: 860-392-5058
jsconzo@carltonfields.com
bgooley@carltonfields.com

Its Attorneys

**CERTIFICATE OF SERVICE**

Page 10 of 11

134510769.1

**CONFIDENTIAL**

    I hereby certify that, on this _____ day of November, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                  */s/ Anthony J. Pantuso, III*
                                  Anthony J. Pantuso, III (ct11638)

134510769.1